**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

GARY GRENIER,                                 )
                                              )
                    Plaintiff,                )
                                              )      Case No. 3:18-cv-00247-DLH-ARS
        v.                                    )
                                              )
UNITED STATES DEPARTMENT OF THE               )
INTERIOR, INTERIOR BOARD OF INDIAN            )
APPEALS, BUREAU OF INDIAN AFFAIRS,            )
                                              )
                    Defendants.               )

**NOTICE OF LODGING OF
ADMINISTRATIVE RECORD**

Pursuant to the Court's Scheduling Order dated April 9, 2019 (Doc. 22), Defendants the

United States Department of the Interior et al. ("Interior"), hereby lodge the Administrative

Record with the Court and with Plaintiff Gary Grenier ("Plaintiff"). The Index to the

Administrative Record is included at the end of this Notice.

The Administrative Record consists of 109 Bates-stamped, searchable PDF documents,

which are listed below and are filed concurrently herewith through the ECF filing system as

exhibits to this Notice. Undersigned counsel will also provide the Court and Plaintiff's counsel

with a DVD containing electronic copies of the Index, which includes hyperlinks to Bates-

stamped, searchable PDF copies of the referenced documents.

The 109 documents in the Administrative Record are listed below in the order they

appear in the Index. The Index includes a column with each documents' first Bates-stamp

numerical identifier. This identifier (less the extraneous zeroes) is provided below together with

each documents' anticipated ECF document number and a short description (the full description is provided in the Index), as follows:

(1)    Grenier_DOI_AR1 (Doc. 25-1):  Certification of the Administrative Record (Interior Board of Indian Appeals ("IBIA"));

(2)    Grenier_DOI_AR2 (Doc. 25-2): Docket Card for IBIA Case No. 16-088;

(3)    Grenier_DOI_AR5 (Doc. 25-3):  Printout of USPS.com Tracking Information;

(4)    Grenier_DOI_AR7 (Doc. 25-4):  Returned mail received from Kris Delorme;

(5)    Grenier_DOI_AR9 (Doc. 25-5):  IBIA Order Affirming Decision;

(6)    Grenier_DOI_AR26 (Doc. 25-6):  IBIA Report of Phone Contact with Appellant's counsel;

(7)    Grenier_DOI_AR27 (Doc. 25-7):  IBIA Report of Phone Contact with Darrell Laducer from the Bureau of Indian Affairs ("BIA");

(8)    Grenier_DOI_AR28 (Doc. 25-8):  IBIA Report of Phone Contact with Appellant's counsel;

(9)    Grenier_DOI_AR29 (Doc. 25-9):  IBIA Report of Phone Contact with Appellant's counsel;

(10)    Grenier_DOI_AR30 (Doc. 25-10):  IBIA Report of Phone Contact with Gary Grenier;

(11)    Grenier_DOI_AR31 (Doc. 25-11):  Email correspondence between IBIA and Darrell Laducer of BIA;

(12)    Grenier_DOI_AR33 (Doc. 25-12):  IBIA Report of Phone Contact with Gary Grenier;

(13)    <u>Grenier_DOI_AR34 (Doc. 25-13)</u>:  IBIA Report of Phone Contact with Gary Grenier;

(14)    <u>Grenier_DOI_AR35 (Doc. 25-14)</u>:  Email correspondence between IBIA and Darrell Laducer of BIA;

(15)    <u>Grenier_DOI_AR37 (Doc. 25-15)</u>:  IBIA Report of Phone Contact with Gary Grenier;

(16)    <u>Grenier_DOI_AR38 (Doc. 25-16)</u>:  IBIA Report of Phone Contact with Senator Hoeven's office;

(17)    <u>Grenier_DOI_AR39 (Doc. 25-17)</u>:  IBIA Report of Phone Contact with Appellant's counsel;

(18)    <u>Grenier_DOI_AR40 (Doc. 25-18)</u>:  IBIA Report of Phone Contact with Gary Grenier;

(19)    <u>Grenier_DOI_AR41 (Doc. 25-19)</u>:  IBIA Report of Phone Contact with Gary Grenier;

(20)    <u>Grenier_DOI_AR42 (Doc. 25-20)</u>:  IBIA Order Taking Under Advisement Appellant's Request for Oral Argument;

(21)    <u>Grenier_DOI_AR44 (Doc. 25-21)</u>:  IBIA Report of Phone Contact with Senator Hoeven's office;

(22)    <u>Grenier_DOI_AR45 (Doc. 25-22)</u>:  Appellant's Reply Brief and Request for Oral Argument;

(23)    <u>Grenier_DOI_AR55 (Doc. 25-23)</u>:  Carol Delorme Brief;

(24)    <u>Grenier_DOI_AR59 (Doc. 25-24)</u>:  Appellee's Answer Brief;

(25)   Grenier_DOI_AR72 (Doc. 25-25):  Order for Carole Delorme to Complete Service

(26)   Grenier_DOI_AR75 (Doc. 25-26):  Carol Delorme Brief;

(27)   Grenier_DOI_AR77 (Doc. 25-27):  Appellant's Opening Brief;

(28)   Grenier_DOI_AR205 (Doc. 25-28):  Order Granting Extension for Administrative Record (returned as undeliverable);

(29)   Grenier_DOI_AR208 (Doc. 25-29):  Order Setting Briefing Schedule (returned as undeliverable);

(30)   Grenier_DOI_AR219 (Doc. 25-30):  Pre-Docketing Notice (returned as undeliverable);

(31)   Grenier_DOI_AR234 (Doc. 25-31):  Entry of Appearance;

(32)   Grenier_DOI_AR239 (Doc. 25-32):  Order Setting Briefing Schedule;

(33)   Grenier_DOI_AR249 (Doc. 25-33):  Memorandum transmitting BIA's administrative record for IBIA Case No. 16-088;

(34)   Grenier_DOI_AR252 (Doc. 25-34):  Pre-Docketing Notice (returned as undeliverable);

(35)   Grenier_DOI_AR254 (Doc. 25-35):  Order Granting Extension for Administrative Record (returned as undeliverable);

(36)   Grenier_DOI_AR256 (Doc. 25-36):  Pre-Docketing Notice (returned as undeliverable);

(37)   Grenier_DOI_AR258 (Doc. 25-37):  Notice of Assignment of Docket Number and Order Granting Extension for Administrative Record;

(38)  Grenier_DOI_AR261 (Doc. 25-38):  Appellee's Request for Extension of Time to File Administrative Record;

(39)  Grenier_DOI_AR265 (Doc. 25-39):  Entry of Appearance;

(40)  Grenier_DOI_AR269 (Doc. 25-40):  Pre-Docketing Notice;

(41)  Grenier_DOI_AR283 (Doc. 25-41):  Email sending a copy of the May 19, 2016 BIA Regional Director Decision;

(42)  Grenier_DOI_AR305 (Doc. 25-42):  Notice of Appeal;

(43)  Grenier_DOI_AR312 (Doc. 25-43):  Memorandum transmitting BIA's record for IBIA Case No. 16-088);

(44)  Grenier_DOI_AR315 (Doc. 25-44):  Overview of contents of BIA's record for IBIA Case No. 16-088;

(45)  Grenier_DOI_AR317 (Doc. 25-45):  Index of Part A of BIA's record for Case No. 16-088;

(46)  Grenier_DOI_AR322 (Doc. 25-46):  Cultural Resources Survey and Related Correspondence (Part A, Tab 1);

(47)  Grenier_DOI_AR361 (Doc. 25-47):  Pictures of area (Part A, Tab 2);

(48)  Grenier_DOI_AR365 (Doc. 25-48):  Title Status Report for Property (Part A, Tab 3);

(49)  Grenier_DOI_AR369 (Doc. 25-49):  Letter to Carol Delorme (Part A, Tab 4);

(50)  Grenier_DOI_AR370 (Doc. 25-50):  Letter from Chairman Marcellais, Turtle Mountain Band of Chippewa Indians (Part A, Tab 5);

(51)    Grenier_DOI_AR379 (Doc. 25-51):  Response letter to Chairman Marcellais (Part A, Tab 6);

(52)    Grenier_DOI_AR381 (Doc. 25-52):  Email concerning reclamation of gravel pits (Part A, Tab 7);

(53)    Grenier_DOI_AR382 (Doc. 25-53):  Summarizing inspection of property (Part A, Tab 8);

(54)    Grenier_DOI_AR386 (Doc. 25-54):  Emails discussing gravel extraction arrangement (Part A, Tab 9);

(55)    Grenier_DOI_AR389 (Doc. 25-55):  Emails regarding whether Mr. Grenier submitted a lease (Part A, Tab 10);

(56)    Grenier_DOI_AR391 (Doc. 25-56):  Email with photos concerning trespass on property (Part A, Tab 11);

(57)    Grenier_DOI_AR402 (Doc. 25-57):  Email requesting information regarding purported lease between the Greniers and Ms. Delorme (Part A, Tab 12);

(58)    Grenier_DOI_AR411 (Doc. 25-58):  Letter to Alvenia Inc. providing notice of trespass (Part A, Tab 13);

(59)    Grenier_DOI_AR423 (Doc. 25-59):  Letter to Rich Parisien providing notice of trespass (Part A, Tab 14);

(60)    Grenier_DOI_AR427 (Doc. 25-60):  Summary of Lease Compliance Specialist's meeting with Carol Delorme (Part A, Tab 15);

(61)    Grenier_DOI_AR428 (Doc. 25-61):  Summary of Lease Compliance Specialist's inspection of the property and conversations with various parties (Part A, Tab 16);

(62)    Grenier_DOI_AR430 (Doc. 25-62):  Lease Compliance Specialist's notes pertaining to inspection of property (Part A, Tab 17);

(63)    Grenier_DOI_AR431 (Doc. 25-63):  Summary of first inspection of the property and related remediation (Part A, Tab 18);

(64)    Grenier_DOI_AR432 (Doc. 25-64):  Summary of second inspection of the property and related remediation (Part A, Tab 19);

(65)    Grenier_DOI_AR441 (Doc. 25-65):  Letter to Carol Delorme (Part A, Tab 20);

(66)    Grenier_DOI_AR442 (Doc. 25-66):  Request from Carol Delorme for documents (Part A, Tab 21);

(67)    Grenier_DOI_AR443 (Doc. 25-67):  Response letter to Carole Delorme (Part A, Tab 22);

(68)    Grenier_DOI_AR444 (Doc. 25-68):  Statements from Hollie Delorme LeBeau and Rose Ann Trottier (Part A, Tab 23);

(69)    Grenier_DOI_AR446 (Doc. 25-69):  Letter to the Greniers (Part A, Tab 24);

(70)    Grenier_DOI_AR448 (Doc. 25-70):  Response letter to Mr. Grenier (Part A, Tab 25);

(71)    Grenier_DOI_AR450 (Doc. 25-71):  BIA email discussing why purported lease between the Greniers and Ms. Delorme should not be approved (Part A, Tab 26);

(72)    Grenier_DOI_AR453 (Doc. 25-72):  Tribal Court Order in Delorme v. Grenier (Part A, Tab 27);

(73)    Grenier_DOI_AR458 (Doc. 25-73):  Fax from counsel for Mr. Grenier requesting information (Part A, Tab 28);

(74)    Grenier_DOI_AR461 (Doc. 25-74):  Email correspondence regarding phone conference among BIA personnel and counsel for Mr. Grenier (Part A, Tab 29);

(75)     Grenier_DOI_AR466 (Doc. 25-75):  Letter to Ms. Delorme (Part A, Tab 30);

(76)     Grenier_DOI_AR467 (Doc. 25-76):  Letter to Mr. Grenier (Part A, Tab 31);

(77)     Grenier_DOI_AR469 (Doc. 25-77):  Letter from Ms. Delorme (Part A, Tab 32);

(78)     Grenier_DOI_AR471 (Doc. 25-78):  Email from counsel for Mr. Grenier (Part A, Tab 33);

(79)     Grenier_DOI_AR472 (Doc. 25-79):  Email correspondence between BIA and Ms. Delorme (Part A, Tab 34);

(80)     Grenier_DOI_AR474 (Doc. 25-80):  Email correspondence between BIA and Ms. Delorme (Part A, Tab 35);

(81)     Grenier_DOI_AR475 (Doc. 25-81):  Letter to Farm Service Agency (Part A, Tab 36);

(82)     Grenier_DOI_AR476 (Doc. 25-82):  Email correspondence between BIA and Bureau of Land Management ("BLM") (Part A, Tab 37);

(83)     Grenier_DOI_AR482 (Doc. 25-83):  Email correspondence between BIA and BLM (Part A, Tab 38);

(84)     Grenier_DOI_AR483 (Doc. 25-84):  Letter from Mr. Grenier (Part A, Tab 39);

(85)     Grenier_DOI_AR484 (Doc. 25-85):  Response letter to Mr. Grenier (Part A, Tab 40);

(86)     Grenier_DOI_AR486 (Doc. 25-86):  Correspondence between BIA and Mr. Grenier regarding administrative appeal (Part A, Tab 41)

(87)     Grenier_DOI_AR518 (Doc. 25-87:  Letter from counsel for Mr. Grenier (Part A, Tab 42);

(88)     Grenier_DOI_AR522 (Doc. 25-88):  Response letter to counsel for Mr. Grenier
(Part A, Tab 43);

(89)     Grenier_DOI_AR525 (Doc. 25-89):  Filings in Grenier v. Delorme (Part A, Tab
44);

(90)     Grenier_DOI_AR540 (Doc. 25-90):  Letter to Ms. Delorme (Part A, Tab 45);

(91)     Grenier_DOI_AR541 (Doc. 25-91):  Letter to BLM requesting estimate of
damages (Part A, Tab 46);

(92)     Grenier_DOI_AR544 (Doc. 25-92):  Letter to Ms. Delorme (Part A, Tab 47);

(93)     Grenier_DOI_AR545 (Doc. 25-93):  Memorandum from BLM to BIA providing
appraisal of gravel extracted from property (Part A, Tab 48);

(94)     Grenier_DOI_AR564 (Doc. 25-94):  Correspondence regarding counsel for Ms.
Delorme's request for information (Part A, Tab 49);

(95)     Grenier_DOI_AR568 (Doc. 25-95):  BIA draft letter assessing damages (Part A,
Tab 50);

(96)     Grenier_DOI_AR571 (Doc. 25-96):  BIA letter to Mr. Grenier assessing damages
(Part A, Tab 51);

(97)     Grenier_DOI_AR575 (Doc. 25-97):  Notice of Appeal and Statement of Reasons
filed by counsel for Mr. Grenier (Part B, Tab 1);

(98)     Grenier_DOI_AR641 (Doc. 25-98):  Regional Director request to Superintendent
for administrative record (Part B, Tab 2);

(99)     Grenier_DOI_AR708 (Doc. 25-99):  Acknowledgment of receipt of notice of
appeal (Part B, Tab 3);

(100)   Grenier_DOI_AR784 (Doc. 25-100):  Correspondence concerning the sale of gravel by Melvin Delorme, Jr. (Part B, Tab 4);

(101)   Grenier_DOI_AR791 (Doc. 25-101):  BIA memorandum to file regarding phone conversation with Austin Harris (Part B, Tab 5);

(102)   Grenier_DOI_AR794 (Doc. 25-102):  Letter from counsel for Mr. Grenier regarding Melvin Delorme Jr.'s sale of sand and gravel (Part B, Tab 6);

(103)   Grenier_DOI_AR799 (Doc. 25-103):  Request from counsel for Mr. Grenier for status of appeal and decision date (Part B, Tab 7);

(104)   Grenier_DOI_AR811 (Doc. 25-104):  Response to counsel for Mr. Grenier regarding status of appeal and decision date (Part B, Tab 8);

(105)   Grenier_DOI_AR825 (Doc. 25-105):  Letter from Melvin Delorme Jr. regarding health of Ms. Delorme (Part B, Tab 9);

(106)   Grenier_DOI_AR842 (Doc. 25-106):  Request from counsel for Mr. Grenier for favorable decision on appeal (Part B, Tab 10);

(107)   Grenier_DOI_AR846 (Doc. 25-107):  Reporting results of survey of property (Part B, Tab 11);

(108)   Grenier_DOI_AR850 (Doc. 25-108):  Tract owner and address information; information title status reports (Part B, Tab 12); and

(109)   Grenier_DOI_AR857 (Doc. 25-109):  Aerial map (Part B, Tab 13).

Respectfully submitted this 6th day of May, 2019.

ERIC GRANT
Deputy Assistant Attorney General
Environment and Natural Resources Division

 /s/ Rebecca M. Ross
REBECCA M. ROSS, Trial Attorney
Indian Resources Section
Environment and Natural Resources Division
OF COUNSEL:                                         United States Department of Justice
HANNAH BOLT, Attorney-Advisor          P.O. Box 7611, Ben Franklin Station
Office of the Regional Solicitor               Washington, DC 20044
U.S. Department of the Interior               (202) 616-3148
5600 American Boulevard, Suite 270     (202) 305-0275 (Fax)
Bloomington, MN 55437                        rebecca.ross@usdoj.gov

*Attorneys for Defendants*

*Grenier v. U.S. Dep't of Interior et al.* , No. 3:18-cv-247-DLH-ARS
**Index to the Administrative Record**

**Interior Board of Indian Appeals Docket for**
*Grenier v. Great Plains Reg'l Dir.* , IBIA Case No. 16-088

| Beginning Bates Number | Date | Author | Recipients | Document Description | Basis for Redactions |
|---|---|---|---|---|---|
| Grenier_DOI_AR0000001 | 12/12/2018 | Thomas Blaser, Chief Administrative Judge, Interior Board of Indian Appeals | Great Plains Regional Director, Bureau of Indian Affairs | Administrative Record Certification | |
| Grenier_DOI_AR0000002 | 12/12/2018 | Interior Board of Indian Appeals | | Docket Card for Interior Board of Indian Appeals ("IBIA") Case No. 16-088 | |
| Grenier_DOI_AR0000005 | 12/10/2018 | USPS.com | | Printout of USPS.com Tracking showing delivery of Board's decision on November 2, 2018 to Joshua M. Feneis, Esq., on behalf of Appellant | |
| Grenier_DOI_AR0000007 | 11/26/2018 | Interior Board of Indian Appeals | Kris Delorme | Returned mail received - attempted delivery of Board's decision to Kris Delorme | |
| Grenier_DOI_AR0000009 | 10/29/2018 | Interior Board of Indian Appeals | Various | Order Affirming Decision | |
| Grenier_DOI_AR0000026 | 9/26/2018 | Interior Board of Indian Appeals | | Appellant counsel called for status | |
| Grenier_DOI_AR0000027 | 8/10/2018 | Interior Board of Indian Appeals | | Darrell Laducer (BIA) called for status | |
| Grenier_DOI_AR0000028 | 7/12/2018 | Interior Board of Indian Appeals | | Appellant counsel called for status | |
| Grenier_DOI_AR0000029 | 3/1/2018 | Interior Board of Indian Appeals | | Appellant counsel called for status | |

| | | | | | |
|---|---|---|---|---|---|
| Grenier_DOI_AR0000030 | 2/20/2018 | Interior Board of Indian Appeals | | Gary Grenier called for status | |
| Grenier_DOI_AR0000031 | 2/12/2018 | Darrell Laducer, Bureau of Indian Affairs | Pamela Eichorn, Interior Board of Indian Appeals | Email correspondence regarding status of Grenier case | |
| Grenier_DOI_AR0000033 | 11/15/2017 | Interior Board of Indian Appeals | | Gary Grenier called for status | |
| Grenier_DOI_AR0000034 | 8/22/2017 | Interior Board of Indian Appeals | | Gary Grenier called for status | |
| Grenier_DOI_AR0000035 | 8/1/2017 | Darrell Laducer, Bureau of Indian Affairs | Margo Ellis, Interior Board of Indian Appeals | Email correspondence regarding appeal of Grenier case | |
| Grenier_DOI_AR0000037 | 7/5/2017 | Interior Board of Indian Appeals | | Gary Grenier called for status | |
| Grenier_DOI_AR0000038 | 5/10/2017 | Interior Board of Indian Appeals | | Senator Hoeven's office called for status | |
| Grenier_DOI_AR0000039 | 4/13/2017 | Interior Board of Indian Appeals | | Appellant counsel called for status | |
| Grenier_DOI_AR0000040 | 4/10/2017 | Interior Board of Indian Appeals | | Gary Grenier called for status | |
| Grenier_DOI_AR0000041 | 2/21/2017 | Interior Board of Indian Appeals | | Gary Grenier called for status | |
| Grenier_DOI_AR0000042 | 2/1/2017 | Interior Board of Indian Appeals | Various | Order Taking Under Advisement Appellant's Request for Oral Argument | |
| Grenier_DOI_AR0000044 | 1/27/2017 | Interior Board of Indian Appeals | | Senator Hoeven's office called for status | |
| Grenier_DOI_AR0000045 | 11/7/2016 | Appellant | Various | Appellant's Reply Brief and Request for Oral Argument | |
| Grenier_DOI_AR0000055 | 10/28/2016 | Carol Delorme | Various | Carol Delorme Brief | |
| Grenier_DOI_AR0000059 | 10/19/2016 | Appellee | Various | Appellee's Answer Brief | |
| Grenier_DOI_AR0000072 | 10/19/2016 | Interior Board of Indian Appeals | Various | Order for Carol Delorme to Complete Service | |

| | | | Interior Board of Indian | | |
|---|---|---|---|---|---|
| Grenier_DOI_AR0000075 | 10/14/2016 | Carol Delorme | Appeals | Carol Delorme Brief | |
| Grenier_DOI_AR0000077 | 9/15/2016 | Appellant | Various | Apellant's Opening Brief | |
| Grenier_DOI_AR0000205 | 9/12/2016 | Interior Board of Indian Appeals | Hollie Delorme | Returned Mail (7/19/16 Notice of Assignment of Docket Number and Order Granting Extension for Administrative Record returned as undeliverable) | |
| Grenier_DOI_AR0000208 | 8/15/2016 | Interior Board of Indian Appeals | Hollie Delorme | Returned Mail (8/4/16 Order Setting Briefing Schedule returned as undeliverable) | |
| Grenier_DOI_AR0000219 | 8/15/2016 | Interior Board of Indian Appeals | Hollie Delorme | Returned Mail (second attempt) (6/24/16 Pre-Docketing Notice returned as undeliverable) | |
| Grenier_DOI_AR0000234 | 8/8/2016 | Appellee Counsel | Various | Entry of Appearance | |
| Grenier_DOI_AR0000239 | 8/4/2016 | Interior Board of Indian Appeals | Various | Order Setting Briefing Schedule | |
| Grenier_DOI_AR0000249 | 8/1/2016 | Regional Director, Great Plains Region, Bureau of Indian Affairs | Interior Board of Indian Appeals | Memorandum transmitting BIA's administrative record for IBIA Case No. 16-088 | |
| Grenier_DOI_AR0000252 | 8/1/2016 | Interior Board of Indian Appeals | Hollie Delorme | Returned Mail (6/24/16 Pre-Docketing Notice returned as undeliverable) | |
| Grenier_DOI_AR0000254 | 7/29/2016 | Interior Board of Indian Appeals | Hollie Delorme | Returned Mail (7/19/16 Notice of Assignment of Docket Number and Order Granting Extension for Administrative Record returned as undeliverable) | |
| Grenier_DOI_AR0000256 | 7/21/2016 | Interior Board of Indian Appeals | Hollie Delorme | Returned Mail (6/24/16 Pre-Docketing Notice returned as undeliverable) | |

| | | | | Notice of Assignment of Docket Number and Order Granting Extension for Administrative Record | |
|---|---|---|---|---|---|
| Grenier_DOI_AR0000258 | 7/19/2016 | Interior Board of Indian Appeals | Various | | |
| Grenier_DOI_AR0000261 | 7/15/2016 | Appellee Counsel | Various | Appellee's Request for Extension of Time to File Administrative Record | |
| Grenier_DOI_AR0000265 | 7/1/2016 | Appellee Counsel | Various | Entry of Appearance | |
| Grenier_DOI_AR0000269 | 6/24/2016 | Interior Board of Indian Appeals | Various | Pre-Docketing Notice | |
| Grenier_DOI_AR0000283 | 6/20/2016 | Darrell Laducer, Bureau of Indian Affairs | Pamela Eichorn, Interior Board of Indian Appeals | Email sending a copy of May 19, 2016 BIA Regional Director Decision | |
| Grenier_DOI_AR0000305 | 6/17/2016 | Appellant counsel | Various | Notice of Appeal | |

**Bureau of Indian Affairs Record Part A**

| Beginning Bates Number | Date | Author | Recipients | Document Description | Basis for Redactions |
|---|---|---|---|---|---|
| Grenier_DOI_AR0000312 | 8/1/2018 | Acting Regional Director, Great Plains Region, Bureau of Indian Affairs | Office of Hearings and Appeals | Memorandum transmitting BIA's administrative record for IBIA Case No. 16-088 | |
| Grenier_DOI_AR0000315 | 8/1/2018 | Acting Regional Director, Great Plains Region, Bureau of Indian Affairs | | Overview of contents of BIA's administrative record for IBIA Case No. 16-088 | |
| Grenier_DOI_AR0000317 | 8/1/2018 | Acting Regional Director, Great Plains Region, Bureau of Indian Affairs | | Index of Part A of BIA's administrative record for IBIA Case No. 16-088 | |
| Grenier_DOI_AR0000322 | 4/15/2010 | Acting Regional Director, Great Plains Region, Bureau of Indian Affairs | Kade M. Ferris, THPO, Turtle Mountain Band of Chippewa | Cultural Resources Survey and related correspondence between BIA and Tribe (Tab 1) | |

| | | | | | |
|---|---|---|---|---|---|
| Grenier_DOI_AR0000361 | 4/15/2010 | | | Pictures of area (Tab 2) | |
| Grenier_DOI_AR0000365 | 5/10/2010 | Bureau of Indian Affairs | | Title Status Report for Property (Tab 3) | Privacy Act, 5 U.S.C. § 552a |
| Grenier_DOI_AR0000369 | 5/13/2010 | Lyle Morin, Acting Superintendent, Turtle Mountain Agency | Carol Delorme | Letter to Carol Delorme requesting she work with BIA to acquire a lease, explaining leasing requirements, and requesting she contact BIA (Tab 4) | |
| Grenier_DOI_AR0000370 | 5/26/2010 | Richard Marcellais, Tribal Chairman, Turtle Mountain Band of Chippewa Indians | Lyle Morin, Acting Superintendent, Turtle Mountain Agency | Letter from Chairman Marcellais seeking information regarding gravel pit and stating concern of its impact on the Shell Valley aquifer (Tab 5) | |
| Grenier_DOI_AR0000379 | 6/3/2010 | Lyle Morin, Acting Superintendent, Turtle Mountain Agency | Richard Marcellais, Tribal Chairman, Turtle Mountain Band of Chippewa Indians | Response letter to Chairman Marcellais (Tab 6) | |
| Grenier_DOI_AR0000381 | 8/27/2010 | Gene Laducer, Turtle Mountain Band of Chippewa Indians | Lyle Morin, Acting Superintendent, Turtle Mountain Agency | Email from Gene Laducer to Lyle Morin concerning reclamation of gravel pits (Tab 7) | |
| Grenier_DOI_AR0000382 | 9/1/2010 | Ernest Azure, Range Technician, Bureau of Indian Affairs | | Summarizing inspection of property (Tab 8) | |
| Grenier_DOI_AR0000386 | 1/10/2012 | Bureau of Indian Affairs | Turtle Mountain Band of Chippewa Indians | Emails among BIA and Tribal officials discussing gravel extraction arrangement between Tribe, Ms. Delorme, Mr. Grenier, and other contractors (Tab 9) | |

| | | | | | |
|---|---|---|---|---|---|
| Grenier_DOI_AR0000389 | 3/5/2012 | Counsel for Carole Delorme | Lyle Morin, Acting Superintendent, Turtle Mountain Agency | Emails between Lyle Morin and Ms. Delorme's counsel regarding whether any lease was submitted to the BIA by Gary Grenier (Tab 10) | |
| Grenier_DOI_AR0000391 | 5/24/2012 | Lenora Nioce, Office of Justice Services, Bureau of Indian Affairs | Lyle Morin, Acting Superintendent, Turtle Mountain Agency | Email with photos concerning trespass on property (Tab 11) | |
| Grenier_DOI_AR0000402 | 5/24/2012 | Mark Anderson | Lynne Allick, Bureau of Indian Affairs | Email requesting information regarding the purported lease between the Greniers and Carol Delorme (Tab 12) | |
| Grenier_DOI_AR0000411 | 5/25/2012 | Lyle Morin, Acting Superintendent, Turtle Mountain Agency | Alvenia Inc. | Letter to Alvenia Inc. providing notice of trespass stemming from Alvenia Inc.'s dumping of asphalt and other debris on the property (Tab 13) | |
| Grenier_DOI_AR0000423 | 5/25/2012 | Lyle Morin, Acting Superintendent, Turtle Mountain Agency | Rich Parisien | Letter to Rich Parisien providing notice of trespass stemming from his business's dumping of asphalt and other debris on the property (Tab 14) | |
| Grenier_DOI_AR0000427 | 5/30/2012 | Bureau of Indian Affairs | | Summary of Lease Compliance Specialist's meeting with Carol Delorme (Tab 15) | |
| Grenier_DOI_AR0000428 | 5/31/2012 | Bureau of Indian Affairs | | Summary of Lease Compliance Specialist's inspection of the property and conversations with various parties (Tab 16) | |

| | | | | | |
|---|---|---|---|---|---|
| Grenier_DOI_AR0000430 | 5/31/2012 | Bureau of Indian Affairs | | Lease Compliance Specialist's notes pertaining to inspection of property (Tab 17) | |
| Grenier_DOI_AR0000431 | 6/8/2012 | Robert Harviell | | Summary of first inspection of the property and related remediation (Tab 18) | |
| Grenier_DOI_AR0000432 | 6/11/2012 | Robert Harviell | | Summary of second inspection of the property and related remediation (Tab 19) | |
| Grenier_DOI_AR0000441 | 6/11/2012 | Lyle Morin, Acting Superintendent, Turtle Mountain Agency | Carol Delorme | Letter to Carol Delorme regarding removal of asphalt and cement pillars from property, the pending Tribal Court proceeding, and that because lease was not submitted or approved by BIA, BIA was limited in the actions it could take.  (Tab 20) | |
| Grenier_DOI_AR0000442 | 6/14/2012 | Carol Delorme | Lyle Morin, Acting Superintendent, Turtle Mountain Agency | Request from Carol Delorme for all documents pertaining to allotment #324-5065 (Tab 21) | |
| Grenier_DOI_AR0000443 | 6/25/2012 | Lyle Morin, Acting Superintendent, Turtle Mountain Agency | Carol Delorme | Response letter to Carole Delorme (Tab 22) | |
| Grenier_DOI_AR0000444 | 8/20/2012 | Hollie Delorme-LeBeau and Rose Ann Trottier | | Statements from Hollie Delorme LeBeau and Rose Ann Trottier stating their objection to the leasing of mineral rights in the property (Tab 23) | Privacy Act, 5 U.S.C. § 552a |

| | | | | | |
|---|---|---|---|---|---|
| Grenier_DOI_AR0000446 | 8/22/2012 | Lyle Morin, Acting Superintendent, Turtle Mountain Agency | Gary and Pennie Grenier | Letter stating the Greniers lacked a valid lease and ordering the Greniers to cease and desist all activities on the property (Tab 24) | |
| Grenier_DOI_AR0000448 | 8/29/2012 | Lyle Morin, Acting Superintendent, Turtle Mountain Agency | Gary Grenier | Response letter to Mr. Grenier providing ownership information for the property, and providing information regarding life estates (Tab 25) | |
| Grenier_DOI_AR0000450 | 8/31/2012 | Rick Clifford, Bureau of Indian Affairs | Various | Email from Rick Clifford discussing reasons why purported lease between the Greniers and Ms. Delorme should not be approved by BIA (Tab 26) | |
| Grenier_DOI_AR0000453 | 9/3/2012 | Turtle Mountain Band of Chippewa Indians Tribal Court | Various | Tribal Court Order in Delorme v. Grenier (Tab 27) | |
| Grenier_DOI_AR0000458 | 9/5/2012 | Tami Norgard, Vogel Law Firm, Counsel to Gary Grenier | Lyle Morin, Acting Superintendent, Turtle Mountain Agency | Fax of letter from Ms. Norgard to Lyle Morin, Acting Superintendent, Turtle Mountain Agency, requesting a response with information to assist Mr. Grenier respond to BIA's request for information substantiating a lease on the property (Tab 28) | |

| | | | | | |
|---|---|---|---|---|---|
| Grenier_DOI_AR0000461 | 9/19/2012 | Various | Various | Email correspondence regarding phone conference among BIA personnel and Tami Norgard, Vogel Law Firm, Counsel to Gary Grenier (Tab 29) | |
| Grenier_DOI_AR0000466 | 9/26/2012 | Lyle Morin, Acting Superintendent, Turtle Mountain Agency | Carol Delorme | Letter to Ms. Delorme inquiring as to her position and if settlement through negotiation could be reached (Tab 30) | |
| Grenier_DOI_AR0000467 | 9/26/2012 | Lyle Morin, Acting Superintendent, Turtle Mountain Agency | Gary Grenier | Letter to Mr. Grenier sending information concerning the process for securing a lease under Interior regulations (Tab 31) | |
| Grenier_DOI_AR0000469 | 9/26/2012 | Carol Delorme | Lyle Morin, Acting Superintendent, Turtle Mountain Agency | Letter from Ms. Delorme stating her requests and/or demands regarding Grenier and associates (Tab 32) | |
| Grenier_DOI_AR0000471 | 10/12/2012 | Tami Norgard, Vogel Law Firm, Counsel to Gary Grenier | Turtle Mountain Agency | Email from Ms. Norgard trying to set up settlement conference (Tab 33) | |
| Grenier_DOI_AR0000472 | 10/22/2012 | Turtle Mountain Agency | Carol Delorme | Email correspondence regarding timing and process for removal of debris from property (Tab 34) | |
| Grenier_DOI_AR0000474 | 12/4/2012 | Turtle Mountain Agency | Carol Delorme | Email correspondence regarding timing and process for removal of debris from property (Tab 35) | |
| Grenier_DOI_AR0000475 | 12/5/2012 | Lyle Morin, Acting Superintendent, Turtle Mountain Agency | Gary Kraft, Farm Service Agency | Letter informing FSA that Mr. Grenier has no valid lease on the property (Tab 36) | |

| | | | | | |
|---|---|---|---|---|---|
| Grenier_DOI_AR0000476 | 5/2/2013 | Various | Various | Email correspondence among Bureau of Land Management and BIA personnel regarding estimate to remediate the property (Tab 37) | |
| Grenier_DOI_AR0000482 | 8/15/2013 | Various | Various | Email correspondence among Bureau of Land Management and BIA personnel regarding timing of estimate of costs to remediate the property (Tab 38) | |
| Grenier_DOI_AR0000483 | 8/16/2013 | Gary Grenier | Turtle Mountain Agency | Letter from Grenier to Superintendent, submitting proposal and requesting response (Tab 39) | |
| Grenier_DOI_AR0000484 | 9/11/2013 | David Keplin, Superintendent, Turtle Mountain Agency | Gary Grenier | Letter to Grenier responding to his proposal (Tab 40) | |
| Grenier_DOI_AR0000486 | 10/18/2013 | David Keplin, Superintendent, Turtle Mountain Agency | Counsel for Gary Grenier | 9/18/13 Letter from Counsel for Gary Grenier with enclosures concerning dispute and requesting instructions for filing an appeal; 10/18/13 Response letter stating that due to the government shutdown, a response was delayed, but that the agency is working to provide a response within ten business days (Tab 41) | |

| | | | | | |
|---|---|---|---|---|---|
| Grenier_DOI_AR0000518 | 12/18/2013 | Counsel for Gary Grenier | Bureau of Indian Affairs | Letter from Counsel for Gary Grenier styled as a Notice of Appeal and Statement of Reasons (Tab 42) | |
| Grenier_DOI_AR0000522 | 1/3/2014 | Acting Regional Director, Great Plains Region, Bureau of Indian Affairs | Counsel for Gary Grenier | Response to Letter from Counsel for Gary Grenier Dismissing Appeal (Tab 43) | |
| Grenier_DOI_AR0000525 | 4/24/2014 | Carol Delorme | Turtle Mountain Agency | Filings in Grenier v. Delorme provided to BIA by Carole Delorme (Tab 44) | |
| Grenier_DOI_AR0000540 | 5/13/2014 | David Keplin, Superintendent, Turtle Mountain Agency | Carol Delorme | Letter to Carol Delorme discussing status of trespass and damages assessment evaluation (Tab 45) | |
| Grenier_DOI_AR0000541 | 6/9/2014 | David Keplin, Superintendent, Turtle Mountain Agency | Bureau of Land Management | Letter to BLM requesting estimate of damages (Tab 46) | |
| Grenier_DOI_AR0000544 | 11/12/2014 | David Keplin, Superintendent, Turtle Mountain Agency | Carol Delorme | Letter to Carol Delorme discussing status of trespass and damages assessment evaluation (Tab 47) | |
| Grenier_DOI_AR0000545 | 12/15/2014 | Bureau of Land Management | Bureau of Indian Affairs | Memorandum from BLM to BIA providing appraisal of gravel extracted from property (Tab 48) | |
| Grenier_DOI_AR0000564 | 1/28/2015 | David Keplin, Superintendent, Turtle Mountain Agency | Counsel for Carol Delorme | Correspondence regarding Counsel for Carol Delorme's request for information (Tab 49) | |
| Grenier_DOI_AR0000568 | 2/24/2015 | Lynne Allick, Bureau of Indian Affairs | Darrell Laducer, Realty Specialist, Great Plains Regional Office | Letter assessing damages sent to Great Plains Regional Office for review (Tab 50) | |

| Grenier_DOI_AR0000571 | | | | | |
|---|---|---|---|---|---|
| | 3/5/2015 | Acting Superintendent, Turtle Mountain Agency | Gary Grenier | Letter to Grenier assessing damages (Tab 51) | |

**Bureau of Indian Affairs Record Part B**

| Beginning Bates Number | Date | Author | Recipients | Document Description | Basis for Redactions |
|---|---|---|---|---|---|
| Grenier_DOI_AR0000575 | 4/3/2015 | Counsel for Gary Grenier | Superintendent, Turtle Mountain Agency | Notice of appeal and statement of reasons (Tab 1) | |
| Grenier_DOI_AR0000641 | 5/12/2015 | Realty Officer, Great Plains Region | Superintendent, Turtle Mountain Agency | Request for administrative record (Tab 2) | |
| Grenier_DOI_AR0000708 | 5/13/2015 | Regional Director, Great Plains Regional Office | Counsel for Gary Grenier | Acknowledgment of receipt of notice of appeal (Tab 3) | |
| Grenier_DOI_AR0000784 | 6/22/2015 | Various | Various | Correspondence concerning the sale of gravel by Melvin Delorme, Jr. and related hauling activities on the property during pendency of the appeal (Tab 4) | |
| Grenier_DOI_AR0000791 | 7/2/2015 | Lynne Allick, Realty Officer, Turtle Mountain Agency | Various | Memo to file (with copy to various BIA personnel) regarding phone conversation with Austin Harris and the trespass that occurred in connection with Melvin Delorme, Jr. and related letter from Austin Harris (Tab 5) | |
| Grenier_DOI_AR0000794 | 7/14/2015 | Counsel for Gary Grenier | Bureau of Indian Affairs | Letter concerning Melvin Delorme Jr.'s sale of sand and gravel during pendency of appeal (Tab 6) | |

| | | | | | |
|---|---|---|---|---|---|
| Grenier_DOI_AR0000799 | 12/9/2015 | Counsel for Gary Grenier | Turtle Mountain Agency | Request for status of appeal and decision date (Tab 7) | |
| Grenier_DOI_AR0000811 | 1/6/2016 | Regional Director, Great Plains Regional Office | Counsel for Gary Grenier | Response letter regarding status of appeal and decision date (Tab 8) | |
| Grenier_DOI_AR0000825 | 1/22/2016 | Melvin Delorme, Jr. | Regional Director, Great Plains Regional Office | Letter describing Carol Delorme's mental/physical health during period of Gary Grenier's sand and gravel activity (Tab 9) | Privacy Act, 5 U.S.C. § 552a |
| Grenier_DOI_AR0000842 | 3/7/2016 | Counsel for Gary Grenier | Turtle Mountain Agency | Request for favorable decision for client Gary Grenier (Tab 10) | |
| Grenier_DOI_AR0000846 | 4/4/2016 | Mandy Stout, Uintah Engineering and Land Surveying | Darrell Laducer, Realty Specialist, Great Plains Regional Office | Reporting results of survey of property (Tab 11) | |
| Grenier_DOI_AR0000850 | | Division of Real Estate Services, Great Plains Regional Office | To the file | Tract owner/address and informational title status reports (TSR)- informational (Tab 12) | |
| Grenier_DOI_AR0000857 | | Division of Real Estate Services, Great Plains Regional Office | To the file | Aerial map- informational (Tab 13) | |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 6, 2019, I filed the foregoing NOTICE OF LODGING OF

ADMINISTRATIVE RECORD electronically with the Clerk of Court through ECF, which

caused ECF Participants to be served by electronic means, as more fully reflected on the Notice

of Electronic Filing.

  */s/ Rebecca M. Ross*
REBECCA M. ROSS, Trial Attorney
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice