IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| GARY GRENIER, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF THE )<br>INTERIOR, INTERIOR BOARD OF INDIAN )<br>APPEALS, BUREAU OF INDIAN AFFAIRS, )<br>)<br>      Defendants. ) | Case No. 3:18-cv-00247-PDW-ARS |

**NOTICE OF CHANGE OF TELEPHONE NUMBER**

Defendants hereby give notice of the change of telephone number for counsel, Rebecca M. Ross, in the above-captioned case. Effective immediately, the telephone number for Ms. Ross is (202) 598-3501. Ms. Ross's mailing address, fax number, and email address remain the same.

DATED: August 21, 2025.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ *Rebecca M. Ross*
REBECCA M. ROSS, Senior Attorney
Tribal Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044
(202) 598-3501
(202) 305-0275 (Fax)
rebecca.ross@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2025, I filed the foregoing NOTICE OF CHANGE OF TELEPHONE NUMBER electronically with the Clerk of Court through ECF, which caused ECF Participants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

    */s/ Rebecca M. Ross*
REBECCA M. ROSS, Senior Attorney
Tribal Resources Section
Environment and Natural Resources Division
United States Department of Justice